IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JOE LISCANO CABALLERO,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:17-CV-450-L-BH** |
| § | |
| **NANCY A. BERRYHILL,** § | |
| **Acting Commissioner of the Social Security** § | |
| **Commission,** § | |
| § | |
| Defendant. § | |

## **ORDER**

This social security appeal was referred to United States Magistrate Irma Carrillo Ramirez, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on September 7, 2017, recommending that the court grant Defendant's Motion to Reverse and Remand (Doc. 15) filed by Nancy A. Berryhill ("Commissioner"); reverse the final decision of the Commissioner; and remand this action for further proceedings consistent with her Report. No objections to the Report were filed.

After reviewing the motion, briefs, file, record in this case, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, Defendant's Motion to Reverse and Remand (Doc. 15) is **granted**; the Commissioner's decision is **reversed**; and this case is **remanded** for further proceedings consistent with the magistrate judge's Report.

**It is so ordered** this 11th day of January, 2018.

Sam A. Lindsay
United States District Judge